DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANALIZ OSCEOLA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2767

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 15-004024CF10A.

Daniel Eisinger, Public Defender, and Christine C. Geraghty, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***